FILED

01/12/2024

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States District Court
Southern District of Indiana
Indianapolis Division

Kevin Martin # 169789
Plaintiff

SCANNED AT PENDLETON and Emailed on
1-12-24 by JL -122 pages.
(date)   (initials)  (num)

CAUSE:   1:24-cv-088-JMS-MKK

✓

name of Defendants
① T McCorkle ② Conyers ③ D Leagle ④ doctor Lamar
⑤ collazos ⑥ sgt martin ⑦ charlene A Burkett ⑧ sgt Brown
⑨ summer ⑩ goodnight ⑪ T soloman ⑬ J schurman ③
E Knotts ⑭ chamber mail room ⑮ malott Jeffrey ⑯ Houchins
charles ⑰ Terry ⑱ Bishop ⑲ Lt Jackson ⑳ sgt Jugg
㉑ sgt Demi ㉒ sgt saxon ㉓ Kelly ㉔ sheriff Agcolq
㉕ Aramark Tisha (26) Amos ㉗ Lisa hamblen (28)
L gross (29) sgt rinehart (30) P Dickson (31)
Centurion corptate office (32) Aramark corrections foods
Etal ~~~~~~~ (33) cassy darnold (34) sgt milhm.
(35) S razor

complaint
I parties
The name And Address of Each, plaintiff And defendant
Are As Follows:

A   plaintiff
name  Kevin L martin
Identification number # 169789
Address 4490 w reformatory rd pendleton In
46064

(B) defendants
① name  D Leagle
title    warden
Address pendleton correctional Facility 4490 w
reformatory rd pendleton In 46064

2) name   conyers
title   grievance specialist
Address pendleton correctional facility 4490 w
reformatory rd pendleton In 46064

(3) name   T mccarkle
title   grievance specialist
Address pendleton correctional facility 4490 w
reformatory rd pendleton In 46064

4) name   Laman                              no-j mark
title   Doctor/ psychiatrist — dont work - Here
Address pendleton correctional facility 4490 w
reformatory rd pendleton In 46064

5) name   collazos
title   prison guard — termination
Address pendleton correctional facility 4490 w
reformatory rd pendleton In 46064

6) name)
charlene A Buckett
title   Director ombudsman Bureau
Address 402 west washington street room w.479
Indianapolis In 46204

7) name   Brown
title   sergeant — termination
Address pendleton correctional facility 4490 w
reformatory rd pendleton In 46064

(8) name   centurion corprate office
title
Address 1593 spring Hill rd suite 600
Vienna VA 22182

(9) name   summer
title   prison guard
Address pendleton correctional facility
4490 w reformatory rd pendleton In 46064

( 2 )

(10) namE: martin
title  SERGEant
Address: pendleton correction Facility 4490 w
reFormatory rd pendleton In 46064

(11) namE: goodnyght
title  cASEworKer
Address pendleton correction Facility 4490 w
reFormatory rd pendleton In 46064

(12) namE. T soloman
title  cASEworKer
Address, pendleton correction Facility 4490
w reFormatory rd pendleton In 46064

(13) namE: J schurman
title: cASE worKer
Address: pendleton correction Facility 4490
w reFormatory rd pendleton In 46064

(14) namE: E Knotts
title  cASEworKER
Address, pendleton correction Facility
4490 w reFormatory rd pendleton In
46064

( 3 )

(15) name chamber
title mail-room
Address pendleton connection Facility 4490w
reformatoryd pendleton In 46064,

(16) name malott Jeffrey
title IA investigation
Address pendleton connection Facility 4490
w reformatory d pendleton In 46064

(17) name Houchins charles
title IA - investigation
Address pendleton connection Facility 4490
w reformatory d pendleton In 46064

(8) name Bishop
title property ofc
Address pendleton connection Facility 4490
w reformatory d pendleton In 46064

(19) name Jackson
title Lt
Address pendleton connection Facility 4490
w reformatory d pendleton In 46064

(20)   name   dugg
       title   sgt
       Address  pendleton correction Facility  4490
       w reformatory rd pendleton In 46064

(21.)  name   DEmi
       title   sErgeant
       Address pendleton correction Facility  4490 w
       reformatory rd pendleton In 46064

(22)   name. Kelly
       title   prison Guard
       Address pendleton correction Facility
       4490 w reformatory rd pendleton In
       46064

(23)   name  Saxon
       title   sErgeant
       Address pendleton correction Facility
       4490 w reformatory rd pendleton In
       46064

(24)   name  Amos
       title   prison Guard
       Address pendleton correction Facility
       4490 w reformatory rd pendleton
       In  46064

(25)    namE  LIsa hamblen
        title   nuRsE
        Address  pendleton coRRECtIon FAcility
        4490 w reFormatory rd pendleton In
        46064

(26)    namE   r. gross
        title   pRison Guard
        Address  pendleton coRRECtIon FAcility
        4490 w reFormatory rd pendleton In
        46064

(27)    namE  AIRAmarll coRRECtIons Foods
        title   AIRAmarll coRporate
        Address  5501  south 1100 wESt
        wEstville   In  4639l

(28)    namE   Terry
        title   pRison Guard
        Address  pendleton coRRECtIon FAcility
        4490 w reFormatory rd pendleton In
        46064

(29) name Sherif Agcola
title    nurse
Address  pendleton connection Facility
4490 w reformatory rd pendleton In
46064

(30) name Tisha
title   Aramark-work
Address pendleton connection Facility
4490 w reformatory rd pendleton In 46064

31) name rinchart
title   sergeant
Address  pendleton connection Facility 4490
w reformatory rd pendleton In 46064

(32) name P pickson
title
Address  pendleton connection Facility
4490  w reformatory rd pendleton In
46064

(33) name Crecy jarred
title    sgt
Address  pendleton connection Facility
4490 w reformatory rd pendleton In
46064

(7)

ground - 1.) ① T mccorkle ② conyers ③
D KEAGlE ④ doctor Lamar ⑤ collazos ⑥ sgt martin
⑦ charlene A Burkett ⑧ sgt Brown ⑨ summer
⑩ goodnight ⑪ T soloman ⑫ J schurman ⑬ E knotts
⑭ chamber mail-room ⑮ malott jeffary ⑯
Houchins ⑰ Terry ⑱ Bishop ⑲ Lt jackson
⑳ sgt Jugg ㉑ sgt Demi (22) sgt saxon ㉓
Kelly ㉔ sheriff Agrola ㉕ Aramark Tisha
㉖ Amos ㉗ Lisa hamblen ㉘ a gross
(29) sgt rinehart (30) P dickson ㉛ cindy
Jarrod ㉜ sgt miller while acting under
color of state law was deliberately
indiffearnt which resuited in A First
Amendment violation of the plaintiff
protected to Filed grievance against All
this defendants And causal connection
was (martin) Filed grievance was related
to Adverse Action was direetly protected
conduct

ground. 2) DeFendant ① T mccorkle ② conyers
③ D reagle ④ chamber mail-room ⑤ malott deFFicy
⑥ Houchins charles while Acting under color oF
state law was deliberately indiFFerent which resulted
in A First Amendment violation oF the plaintiFF
Freedom oF speech to Associate with Anyone martin
choose like Family And Friend been block on tablet
out oF retaliation And the plaintiFF Attempt to
mail oFF his mail not been mail oFF by this
Facility.

ground 3) DeFendants ① T mccorkle ② conyers
③ D reagle ④ charlene A Buskett ⑤ malott
JeFFicy ⑥ Houchins charles ⑦ T soloman
⑧ E Knotts ⑨ Lt JAckson ⑩ sgt miller while
Acting under color oF state law was deliberately
indiFFerent which resulted in A Fourteenth
Amendment which guarantees Equal protection oF
the law to All citizens with A disability been
treat poorly because oF the plaintiFF disability
And targeted because he AFrican AmErican

ground - 4) DeFendants ① Tisha AiramarK worK
② Terry ③ sgt dugg ④ sgt DEmi ⑤ Kelly
⑥ T soloman ⑦ summer ⑧ sgt Brown while
Acting under color oF state law was deliberately
indiFFerent which resulted in A First Amendment
Violation oF the PlaintiFFs Freedom oF religious
Activity, Also Embodied in the religious Land
use And Institutionalized pEason Act.

ground 5) DeFendants ① sgt Brown ② Lt
JAckson ③ Bishop property oFFicer ④ D reagle
⑤ malott JeFFicy ⑥ Houchins charles ⑦ sgt
miller, while Acting under color oF state law
was deliberately indiFFerent which resulted
in A Fourteenth Amendment And Eighth
Amendment violation that restrict the plaintiFF
by punish the plaintiFF by PlacE the PlaintiFF
on strip cEll that Violation DoC policy

( 9 )

**PENDLETON CORRECTIONAL FACILITY**
Pendleton, Indiana          State Form 8532

DOC No._____

NAME:_____

_____ 20____

02-04-101.) Disciplinary code For Department of correction within prison without FAIR procedures by punish the plaintiFF PLACE him on strip cell without been sanctions by cAAb hearing.

ground (6) DeFendants ① summer, ② Lisa hamblen ③ sgt Brown ④ sgt martin while Acting under color of state Law was delibErately indiFFErent which resulted in A Eight Amendment that All DeFendants up Above And down Low knew About martin sErious medicial need And Failed to respond reasonably to it by Follow policy For call sick hall withis 72-hour From the plaintiFF submit state Form 45913 - ①③-9-12) that violation the plaintiFF medicial need is, so obvious that Even A lay pErson would EAsily rEcognize the nEcessity For A doctors Attention no x ray yet And ⑤ x-goss ⑥ sgt dugg claim (martin) rEFuse not trUE. And ⑦ Ames Have Knowledge of the incident.

ground-7) DeFendants ① J collazos ② sgt martin ③ sgt Brown while Acting under color of state law was delibErately indiFFErent which resulted in A EXCESSIVe FoRCE that violation Eighth Amendment EXCESSIVe FoRCE Against cRUEl and unusual punishment

ground-8) DeFendant ① J collazos ② charlene A BusKett ③ Doctor Lamar while Acting under color of state Law was delibErately indiFFErent in Failure to protEct martin From been sExual Assault by J collazos that violation Eighth Amendment

(10)

ground 9) Defendants ① Sgt Brown ② D reagle ③ Bishop ④ T soloman ⑤ goodnight ⑥ J schurman ⑦ Lt dAckson while Acting under color of state Law deliberately indifferent which resulted in A Eighth Amendment violation deal with Basic needs such As ① water ② Food ③ soap ④ toothBrush ⑤ Towel ⑥ FAce towel ⑦ shower shoe And not been Able to clean your cell in G cell house.

ground 10) Defendants ① Kelly while Acting under color of state Law was deliberately indifferent which resulted in A Eighth Amendment, Failure to protect the plaintiff Attempt to hung hisself from his cell door with A Bed sheet ② sgt Brown refuse to call mental health doctor Lamar

ground 11) Defendants ① P Dickson ② sgt rinchart ③ T soloman ④ E Knotts while Acting under color of state Law was deliberately indifferent which resulted in Fourteenth Amendment which guarantees Equal protection of the law to All citizens And martin was targeted because the color of his skin because he African American was the reason why his doB was falce before he with to ciAb hearing And the plaintiff was not Found guilty of conduct report yet.

I dentify Additional ground on A separate sheet of paper.

STATEMENT OF FACTS

(1-) THE plaintiff challenging prison supervisors And prison policies ?

(A) Defendants ① conyers ② Taylor mccorkle was At All time relevant HERE to the grievance specialist For the Indiana Departments of correction I, D.o.c pendleton correction

(-11-)

PENDLETON CORRECTIONAL FACILITY
Pendleton,Indiana          State Form 8532

DOC No._____

NAME:_____

_____ 20____

FAciLity And in that oFFicial was responsible For investigating And reporting to protEct And prevent wanton AbusE oF Authority by OFFicERs SEE DOC policy 00-02-301-) oFFender grievance process.

(B) THE plaintiFF EXERcised due diligence in timely PlACE All grievance in cASE worKer hand 2-9-22 thru 1-8-24 In G cEll house or H cEll house or J cEll housE mean (mr martin) grievance shall be deemed Filed with ① conyers ② T mccorKle AS oF thE Date PlACE in ① vcKer ② goodnight ③ T soloman ④ J schurman ⑤ martin ⑥ Boolcout hand At pendleton correctional unit bEcausE martin is housed on A sEgregation unit At pendleton correctional unit.

(c) plaintiFF has EithEr completed thE grievance procEss or Attempt to completed thE grievance procEss At pendleton correctional unit or ① goodnight ② T soloman ③ J schurman ④ E Knotts ⑤ martin ⑥ vcKer ⑦ conyER ⑧ T mccorKle obstruction oF procEss by intERFEREncE with (martin) Exhaustion oF statE remedies or thE impairment oF FrEE oF speech undER united states constitution First Amendment right And Indiana constitution Article 1 sEction 9) FrEEdom oF spEEch mean thE plaintiFF havE A right to write on state Form 45471 (RS-13-20) mean thE leave-oF-thE benefits in prEsERving ordEr disciplinE And EFFicency in public Employment rEFusE to investigate martin Allege in them grievance. no morE is requirEd to sustain thE REstriction in his write on martin

(12)

grievance issue.

(d.) THE Effort on Freedom of speech may be small but since there, is no justification; For harassing martin For exercising their constitutional right it need not be in order to Actionable. it would trivialize the First Amendment to hold that harassment For exercising the right of Free, speech is Always Actionable, no matter how unlikely, to deter A person like martin of ordinary Firmness From that exercise. under the First Amendment made Applicable to the state by the Due process clause of the Fourteenth Amendment mean, The Defendant must be charges with violated the Equal protection clause of the Fourteenth Amendment but there is Allegation in the complaint. First Amendment right the only right specifically alleged is the right to write on state Form by Exercise the Freedom of speech thereFore that restrictions could impair Free speech.

(2) The Issue is whether A policy of compelling grievance specialist T. mccork)r is A sufficiently important to the Effective Functioning of Date up Above. First Amendment right by inmate like Kevin martin cannot be deterred by subjected martin who Exercise them to harassment And ridicule through selective Enforcement of work rules. The plaintiff notes; iF this court illustrates the difference between offenders with disabilities like (martin) will looking At this point Failure to understand what he reading. See Doc policy-Ap 00-02-202-) disability mean this court must looking At the statute deFines A qualiFied individual with A

(13.)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No._____

NAME:_____

_____ 20_____

disability As An individual with A disability
who, with or without reasonable Accommodation
can perform the Essential Functions of the
inability to reading, or write by understood the
grievance process or other process by reading
it to be Able to present them to grievance
specialist or court And if ① conyers ② T mccorkle
refuse to investigate by place martin In A grave
hole of injustice," because of martin disabilities And
he ARE AFRICan AMERICan And that such individual.
like (martin) holds or desires under 42. U.S.C
1210 2-) 1-) A) where A plaintiff lack direct
Evidence of discriminatory can rely on the policy
And the burden shifting method in pursuing his
claim under the Fourteenth Amendment which
guarantees Equal protections of the Laws to All
citizens," This mean ① conyers ② mccorkle cannot
ban martin ACCESS to grievance process because
martin AFRICan-AMERICan A different race by
not Follow the timeFrame by the policy And
connect the disabled within the meaning of
A.D. A And similarly situated who the
grievance specialist did investigate this Allege
Elements of the burden shifts to defendants
to identify A non-discriminatory reason For
Both grievance specialist decision not to
Follow the grievance process timeFrame
or obtain response by staff member who
martin make Allege Against ① T mccorkle
② conyers ③ o reagle ④ poctor Lamar ⑤ coilazos
⑥ sgt martin ⑦ charlene A Buckett ⑧ sgt Brown
⑨ summer ⑩ goodnight ⑪ T soloman ⑫ J schurman
⑬ E Knotts ⑭ chamber mail-room ⑮ malott
Jeffrey ⑯ houchins charles ⑰ Terry
(4)

(18) Bishop (19) Lt Jackson (15) Sgt Jugg (21) Sgt Demi
(22) Sgt Saxon (23) Kelly (24) Sherif Agcela (25) Aramark
Tishe (26) Amos (27) Lisa hamblen (28) R gross (29)
Sgt Rinchart (30) P Dickson (31) Gary Jarrod (32)
Sgt miller (33) S razor (34) mcDonald c.A.b. Department
by investigate and that show the Remedy not Available
At pendleton correction Facility.

Describing the problem that should be Evaluation And
the complexity of I Doc grievance process including
For Examples of minor technical Error that proves
Fatal to prisoner like martin Lawsuit, claim in
court by court dismiss complaint because the
grievance specialist violation (martin) Freedom
of speech under First Amendment to Associate
with the grievance specialist by write on state
Form 45971 r.s-13-2) not provide to martin
by T mccorkle, "mean grievance specialist choose
not to Follow the process And grievance specialist
been dishonest by mis-leading the Attorney General
office by tell deliberately lie, by (1) mccorkle
(2) conyers not provide Kevin martin blank
Forms, mean grievance, state Form And Appeal
Forms' At pendleton correction Facility not
investigate or Follow the policy mean set Forth
several Examples of way's in which A grievance
system might be unAvailable including if the
Administrative, scheme, is " so opaque that
it becomes practically speaking incapable of
use or consequently whether A remedy is
Available to Exhaust A Fact.

The First And 14- Amendment right Apply
A reasonable relationship test when inmates
like Kevin martin challenge official limitations
on his constitutional right Applies to informal
policies And individualized Action As well
As regulations And All this Defendants (1)
T mccorkle (2) conyers (3) D reagle (4) Doctor
Lamon (5) collazes (6) Sgt martin (7) charlene
A burkett (8) Sgt Brown (9) summer (10) goodnight
(11) T soloman (12) J schurman (13) E knotts
(15)

**PENDLETON CORRECTIONAL FACILITY**
Pendleton,Indiana        State Form 8532

DOC No._____

NAME:_____

_____ 20____

(18) Bishop (19) Lt JACKSon (20) sgt dugg (21) sgt demi
(23) sgt saxon (23) Kelly (24) sherif Agrela (25) Antmark
Tisha (26) Amos (27) Lisa hamblen (28) R gross (29)
sgt Rinchart (30) P dickson (31) Gray danned (32)
sgt miller (33) 3 razore in this complaint will have
to reveal the training they recieve At pendleton
connection Facility Are relvant to martin claim
SEE Doc policy Ap-01-05-101) staff Development And
training, martin will be seeking All document to
prove A point in this cASE.

(3.) The plaintiff demonstrate he in immediate
Dangers of serious body horm on 8·4·23
In cEll house, mr martin was talking to
inmate on B-side In H cEll-house win
prison Guard (1) J collazos interference And
open the Gate door that divided A side And
B-side And collazos start talking Krazys
to martin by make harassment comment
that based on collazos Request sexual Favor
From (mr martin) And order martin to
bAcK oF range in bAcK way And martin
Fear For his life of been rape, so martin
rush (1) collazos out of Fear oF been rape
by collazos that violation martin 8- Amendment
right HERE

(A) The plaintiff Repeated complaint to (1) Doctor
Lamar And (2) charlene A BurKett About this
staff member (1) J collazos Request sexual Favors
SEE AFFidavit by phillip Toiley # 150117 heard
collazos Keep harass Kevin martin touch on
martin Butt, I told Doctor Lamar who claim
she E mail (1) conyers About this Issue
(16)

And martin E-mail charlene A Burkett down state the Director ombudsman Bureau under I,C 4-13-1-2-5) mean if the Indiana department of correction has violated A law, rule or it own policy or that have Endangered the health or safety of Any person like Kevin martin by not investigate mean charlene A Burkett call straight to warden or reggle office, And will be need the Evidence of the person, mr Burkett spoke to an this Date's martin complaint before 8-4-23. relevant to martin claim And Defense. This would prove how this Defendant's turn they head to Kevin martin been Violation by ① collazos SEE Doc policy 02-01 115- sexual Assault prevention And reporting. conyers. claim this Facility will give martin information on how to stop unwanted sexual conduct And what to do if you Are threatened or Attached. martin was Attacked in Front of H. cell house his Butt was Grab And collazos And other prison Guard on that shift. And Also threatened to have martin Killing, if he report this Issue, by tell Gang-hang martin A snitch And sgt martin And other prison Guard, Are, so corrupt inside this prison. I will reveal it thought the discovery stage in this case.

(4) sgt martin on 8-4-23 shooting Kevin martin with his taser without A warning before shooting Kevin martin, In his back with his taser two time cause martin to blood out of his back And 4o collazos utilized his oc sprayed on the plaintiff And Then restrained martin And Escort martin to nurse station And sgt martin radio," collazos," to return to H-cell house And summer replace "collazos At the medical station. 4o collazos was termination For used Exessive Force Against martin on 8-4-23.

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No._____

NAME:_____

_____ 20____

(5) c/o summer witness the john Doe nurse who refuse to provide martin medical treatment on 8-4-23 And prison Guard, summer And prison Guard, O pritchett Both witness, this event And Failing to intervene And step Any constitutional violations committed by Another Employee that violation martin Eighth Amendment prohibition oF cruel and unusual punishment by "summer," And O pritchett show subjective evidence by T mccorkle refuse to preserves the video tape inside nurse station that would Assist her in obtain the name thought mccorkle investigate martin claim on 8-4-23 At time 3:30pm thru 6:00 pm was relevant Evidence to martin DeFense, e mccorkle ARE A scheme, And corrupt And was not train on how to Follow the policy mean Agree Either Explicitly or implicitly For ① summer ② mccorkle ③ summer to turn A blind Eye And not report this conduct by this Doe-john nurse And To Do your part to Further them right that Kevin martin AFFord under his 8th Amendment in prison.

(6) THE plaintiff was Escort From the nurse station to G cell house on 8-4-23 that segregation unit At pendleton correction FACility And Then Escort martin to six-6-range on D-side cell-1 on 6-range by sgt Brown And unknown prison Guard, once martin Arrive to cell one on 6-D range At time 8:25 pm on 8-4-23 with unknown prison Guard And sgt Brown order (martin) Doc 169789 to surrender

All of his personal clothing item,' ① shoe ②
+ shirt, ③ socks ④ shorts ⑤ All Except For
Boxes underwear, Sgt Brown order martin Doc #
169789. If he did not surrender his item that they
would physically remove them From Kevin martin
169789 — mr martin was move to slow remove
the clothing ④ sgt Brown spray martin with oc spray
And roll the cell door And the unknown prison
And sgt Brown start punch martin And Beat martin
with the police radio hit martin About 24 or 25
times cause martin to vomit up blood — re injury
martin left Arm And swollen up martin leg made
it hard to walking inside prison About 3 or 4
week behind this used Excessive Force by
sgt Brown that violation (martin) 8th Amendment
under uis constitution.
sgt Brown turn off water inside cell-1 on 6
D-side And place martin on strip cell) And sgt
Brown said Lt dackson order it on 8-4-23
It has been A duration of 14 day's And
Kevin martin has been without basic humans
needs ① tooth paste ② tooth brush ③ pen ④
paper ⑤ soap ⑥ hygiene And Also sgt Brown
left martin without, no clothing no bedding
And Force martin to sleep on steel Bed For
7-day straight without water or not been
Feed, no Food that violation (martin) 8th
amredment right Against cruel And unusual
punishment And 14 Amendment due process
right of the uis. constitution.
The Plaintiff place state Form 36935-r14.
9l.) request For interview going to Bishop
From Kevin martin place in goodnight
hand," request Bishop to provide martin Basic
need like ① soap," shower shoc's, no clothing
no nothing in this cell. Bishop left martin
in this condition For 17-day's under
off ender personal property o2-et-lol.) IF
(martin) cannot be present For the
inventory A second staff person shall

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana                State Form 8532

DOC No._____

NAME:_____

_____ 20____

monitor the inventory And sign state Form 4876) Also
if martin is present for the inventory but refuses
to sign state Form 4876 A second staff person shall
sign the list and indicate that the offender refused
to sign martin will would Bishop to reveal staff
member who sign his name And witness Bishop bring
martin Basic need or martin present At the time
Bishop inventory martin property,' how long it took
Bishop to bring martin his Basic need And property.

(A)  THE plaintiff must direct this court to report
     of classification hearing state Form 3412 (r-6) 8-12)
     Temp transfer due to court on 10-16'23 And
     ① Bishop, ② summer ③ sgt DEMi loss martin
     property win he with to court it was done, bEcause
     martin had over 20 - Affidavit Against staff member
     that would prove the corrupt ① Terry ② sgt
     martin ③ r gross ④ mccorkle ARE behind
     corrupt inside this prison.

(7)  THE plaintiff submit health care Form ① pcF no
     420180 ② pcF no 420179 ③ pcF no 422436 ④
     pcF no 376993 ⑤ pcF 376994 mean martin
     not been provide medical Attention under policy
     01-02-101) THE Development And delivery of
     Health cARE SERVICE, must bc provide within
     72 hour After martin submit this request
     For health care state Form 45913 (r-3-9-12)
     relevant to martin defense,' SEE Doc policy
     01-02-101) THE Development And delivery of
     Health cARE SERVICES, And Indiana code
     11-10-3-2(a)-IAC-7-1) mean the LISA
     hamblen not follow thE policy martin not
     been seen in within 72-hour show thE

(20)

deliberately Indifferent In Failure to provide martin adequate medical Attention wait month At A time live martin in pain in his Leg And left Arm And back behind that EXCESSIVE Force on 8-4-23 And still have been provide X-Ray that provide by thE doctor and thE discovery stage by obtain document to prove my claim.

(8) THE plaintiFF notes that ① T mccorKle ② c conyers ③ sgt dugg ④ Lisa hamblen ⑤ a gross ⑥ goodnight ⑦ T soloman ⑧ E Knotts ⑨ J schurman ⑩ D reagle Form conspiracy agree between EAth other not to turn in grievance on state Form to prevent marten From bring this Issue to court by introduce False document And change documents date And sign it ARE Fraud, that conduct, so sErious that it undermines or is intended undermine thE integrity of thE proceeding.

sgt dugg And R gross never Arrive At cell 3-D19 Geh on 11-14-23 thE plaintiFF request T mccorkle to preserve thE video tape on 3-D-19 In Geh to prove this staFF member provide False information Against martin SEE Document Attached state Form 9262 (3-4-01)

sgt dugg And R gross False report Are A criminal offense, if this two DeFendant claim something happen that did not occur Attached liability under Badge oF Authority mean this Responsibility carries with it specific obligation to see that ① sgt dugg And ② c/o R gross Act And dEcided Are basic on policy And been honest not mislead other Employee like T mccorkle who Do who it is to investigate martin claim.

For Example ① T mccorkle ② conyers ③ D reagle ④ Doctor Lamar ⑤ coilazos ⑥ sgt martin ⑦ charlene A BurkEtt ⑧ sgt Brown ⑨ summer ⑩ goodnight ⑪ T soloman ⑫ J schurman ⑬ E Knotts ⑭ chambre mail-room ⑮ malott JeFFery ⑯ houchins charles

(21)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana            State Form 8532

DOC No._____

NAME:_____

_____ 20____

(17) Terry (18) Bishop (19) Lt Jackson (20) sgt Jugg (21) sgt Demil (22) sgt saxon (23) Kelly (24) sherif Agcola (25) Angmark Tisha (26) Amos (27) Lisa hamblen (28) A gross (29) sgt Rinehart (30) P Dickson (31) Carry dannod (32) sgt miller (33) S Cazord who retaliation because I filed grievance About All this offendant not doing safe check Every 30 minute dews EAch range In G cell house, on follow policy within pendleton correction facility who they Form conspiracy to retaliation by work it out with EAch other, to deprive martin of his federal right a mean causal connection because martin filed grievance doing what I have to do to protect myself within this prison.

(-8-) THE plaintiff been place on strip cell on 8-4-23 And been house in G cell house not have Access to martin material in store room deprive martin Access to court under First Amendment and 14- Amendment that deprive martin of Access to court and Acting under color of state Law win Bishop refuse to follow the policy 02-01-101) offender personal property, THE offender is to give this notice within 7- seven-day prior to THE desired review date, In those CASES where the offender has A verified court date deadline or A statute of limitations deadline, the offender shall note such on the request And the facility shall make Every Effort to provide the request access within twenty-Four- 24- hours of Receipt of the request. Bishop not going to provide martin Access because martin Filed grievance Against Bishop that

(22)

why Bishop retaliation refuse to provide martin
Access to his property that violation First And
14th Amendment right to u's constitution.

(9) THE plaintiff note caseworker E Knotts
witness this document been withholding by
mail room chamber or court clerk "SEE
martin V sgt ruiz cause 48co3-21o4-p/
oooo46. And martin V John Galipeau 46po3-
2eo7-ct 1340 And martin V Jason English
46po1-2oo2-ct ooo535 mean mail-room
obstruction of process by interference
with the incoming legal mail that violation
martin Federal right," under First And 14
Amendment And violation Doc policy o2-o1-1o3
offender correspondence," martin will bring
other case to show it A pattern of Abuse
by this Facility not send out martin Legal
mail or withhold his incoming legal mail.

(10) THE plaintiff point out that ① sgt rinehart
② caseworker solomon ③ E Knotts ④ P Dickson
⑤ Ballenger violation martin 14-Amendment
to united states constitution protects individuals
Againsts two types of government Action ①
substantive due process prevents the government
From Engaging in conduct that A shock's the
Action depriving A person of life, liberty or
property survives substantive due process
scrutiny procedure due process requires
that such government Action be implemented
in A Fair manner, mean this Defendants
targeted martin because he Different race
African-American Audience by take Away
his dois before sgt miller Found him
guilty of 117 Battery Against staff
under ISR-23-08-ooo884 And martin
will present the time frame he was
place in G cell house and the time
he was place to go to his hearing
(23)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana                State Form 8532

DOC No._____

NAME:_____

_____ 20____

mean ① soloman ② E Knott ③ sgt Rinehart
P Dickson could take martin Job yet he
was not Found guilt of the charge yet. Also
violation the Fourteenth amendment punish martin
before with hearing by sanctions martin to strip
cell And Eighth Amendment Attached because
① Lt Jackson and sgt Brown Place martin inside
cell not clean that had FECES on the wall And
urine All inside the toilet with the water off
inside this cell.

(II.) martin First Amendment right was violation
under Free EXERCISE clause by martin Follow
the Practice of martin religion like Eating
Kosher Food And praying At a certain time
but this room was not clean on 8-4-23.
THE plaintiff had no access to run water in this
cell, And was provide no supplies to clean it
up And covid-19 break-out Against In my cell
house And ① Amos, was the prison Guards who
pull martin out to be test For covid-19 And
martin request the test result but they was
never provide to martin, mean ① Kelly ② Terry
③ summer ④ sgt Demi ⑤ Argmark Tisho
All Knew martin was on Kosher Diet list but
they claim martin was not on the Kosher list
but martin show them his Kosher card And
they All said you not on Kosher list, And they
go by the Kosher list. mean they Acting
under color of state Law, by not clean shower
After Every inmate leave before Place the
next inmate in the shower, martin point
out corrupt in this Facility martin had covid
19- And Also most Die, and this Facility cover it
up.

martin 8th Amendment was violation, Also And
his religion belief," because the DOC policy 04-01-3-1
The development and delivery of Food service was not
Follow in this case.

martin Attempt to killing hisself by hang hisself
From the prison bar And kelly walking
off And return claim he call mental health
Doctor Lamar About this Issue. Failure to protect
under 8th Amendment And Acting under color state
LAW. For this reason martin was place in
strip cream And place in the shower And was
not Able to use the Bathroom For 18 hour
cause martin to urine on hisself And Feces
inside shower in strip cream.

(12) The plaintiff Are Hebrew Israelite but
Tisha who work For Aramark not provide
holy water with the Koshre meal that
violation martin First Amendment right under
the Free Exercise clause of the First
Amendment protect And still problem start
on 8-4-23 And with on to 11-3-23 before
it got correct.

(13) The plaintiff demonstration prison Guard
s. razor And sgt miller misrepresent
A Fact by claim martin had time on the
shelf have s. razor And sgt miller
introduce False Amount to Fraud because
they take Advantage of martin disabilities
And incompetency by Gray darred they
All work together out of retaliation
before I Filed grievance And Gray darred
retaliation because, martin provide poindexter
d waun L 149218 A Affidavit Against GRAY,
who retaliation by write up A False conduct
report. Also I will like to know why
j collazos was termination And sgt Brown

(25)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No._____
NAME:_____
_____ 20____

## VI relief

state Exactly what relief or Action you are requesting through this Law suit.

compensatory Damages Against ① collazes ② sgt martin ③ sgt Brown For Excessive Force that injury martin leFt arm and leg And Back For Any wages you lost For the value of Any part oF your body or physical Functioning which cannot be replaced or restored And For martin pain and suFFering And punitive damages Against All Defendant Engage in Evil motive to Form A plot Against martin because oF his disabilities to turn oFF water, And not provide Basic need seeking Too, ass

### AFFirmation oF plaintiFF

I the plaintiFF in the AForementioned cause do AFFirm that I have read All oF the statement contained in this complaint And that I believe them to be true And correct to the best of my personal Knowledge And belieF they the plaintiFF seeking A Bench trial in this cAse.

Kevin martin
169789

(26)

Signed this 4 day of December

plaintiff

## certificate of service

I Hereby certify that the foregoing has been served upon the following counsel of record by E file system At pendleton correction facility. 12-4-23

Indiana Attorney General
Ind gov center south
5th Floor
302 w washington st
Indianapolis In 46204-2770

Kevin martin
169789

(27)

(34)  name    miller
      title    Sgt
      Address  pendleton correctional Facility 4490
      w  reformatory rd pendleton In 46064

[35]  name    s razor
      title    prison guard
      Address  pendleton correctional Facility 4490
      w  reformatory rd pendleton In 46064