UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEVIN MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00088-JMS-MKK |
| | ) | |
| T. MCCORKLE, | ) | |
| CONYERS, | ) | |
| D. REAGLE, | ) | |
| LAMAR Doctor, | ) | |
| COLLAZOS, | ) | |
| MARTIN Sgt., | ) | |
| CHARLENE A. BURKETT, | ) | |
| BROWN Sgt., | ) | |
| SUMMER, | ) | |
| GOODNIGHT, | ) | |
| T. SOLOMAN, | ) | |
| J. SCHURMAN, | ) | |
| E. KNOTTS, | ) | |
| CHAMBER MAILROOM, | ) | |
| MALOTT JEFFREY, | ) | |
| HOUCHINS CHARLES, | ) | |
| TERRY, | ) | |
| BISHOP, | ) | |
| JACKSON Lt., | ) | |
| JUGG Sgt., | ) | |
| DEMI Sgt., | ) | |
| SAXON Sgt., | ) | |
| KELLY, | ) | |
| AGEOLA Sherif, | ) | |
| TISHA Aramark, | ) | |
| AMOS, | ) | |
| LISA HAMBLEN, | ) | |
| R. GROSS, | ) | |
| RINEHART Sgt., | ) | |
| P. DICKSON, | ) | |
| CENTURION CORPORATE OFFICE, | ) | |
| AIRAMARK CORRECTIONS FOODS Et al., | ) | |
| GRAY DARROD, | ) | |
| MILLER Sgt., | ) | |
| S RAZOR, | ) | |
| | ) | |

Defendants.                )

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. The action is dismissed with prejudice.

Date: 1/22/2024

*Hon. Jane Magnus-Stinson, Judge*
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

KEVIN MARTIN
169789
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064